## THOMAS P. WELDY ET AL. *v.* NORTHBROOK CONDOMINIUM ASSOCIATION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 89 Conn. App. 581 (AC 25465), is granted, limited to the following issue:

"Did the Appellate Court properly limit the extent to which a condominium's board of directors is empowered to adopt rules and regulations?"

The Supreme Court docket number is SC 17503.

*Ari J. Hoffman,* in support of the petition.

*Thomas P. Weldy,* pro se, in opposition.

Decided September 20, 2005

## BENITO LUGO *v.* COMMISSIONER OF CORRECTION

The petitioner Benito Lugo's petition for certification for appeal from the Appellate Court, 89 Conn. App. 873 (AC 25512), is denied.

*Michael A. D'Onofrio,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* assistant state's attorney, in opposition.

Decided September 20, 2005